| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Alexander Seawright Transportation, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known): | 19-00217-NPO |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alexander Seawright, L 4247 Crane Blvd Jackson, MS 39216 | | | | | | $210,000.00 |
| AllState Northbrook In c/o Greg Lucett, Esq. 330 N Brand Blvd Glendale, CA 91203-2340 | | | | | | $3,631.82 |
| American Express c/o Nationwide Credit P.O. Box 14581 Des Moines, IA 50303-3581 | | | | | | $105,490.29 |
| BankPlus 385A Highland Colony P Suite 110 Ridgeland, MS 39157 | | | | | | $10,140.09 |
| Blue Cross Blue Shield 3545 Lakeland Dr. Jackson, MS 39232 | | | | | | $1,700.00 |
| City of Moreno Valley c/o Citation Processin P.O. Box 10479 Newport Beach, CA 92658-0479 | | | | | | $172.00 |
| ExpressToll P.O. Box 5470 Denver, CO 80217-5470 | | | | | | $3,571.25 |

Debtor  **Alexander Seawright Transportation, LLC**  
Name

Case number *(if known)*  **19-00217-NPO**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GPS Insight  7201 E. Henkel Way #400  Scottsdale, AZ 85255 | | | | | | $998.00 |
| Great American Towing  5530 Boscell Comm  Fremont, CA 94538 | | | | | | $3,985.00 |
| Jon Seawright  4247 Crane Blvd  Jackson, MS 39216 | | | | | | $6,300.00 |
| Kabbage, Inc.  c/o Credit Control  5757 Phantom Dr Ste 33  Hazelwood, MO 63042 | | | | | | $25,359.75 |
| Lott Fuller  944 Highway 52 Suite 2  Madison, MS 39110 | | | | | | $3,500.00 |
| MS Dept of Revenue  500 Clinton Center Dr.  Clinton, MS 39056 | | | | | | $1,200.00 |
| NASTC  2054 Nashville Pike  Gallatin, TN 37066 | | | | | | $371.48 |
| North Texas Tollway Au  P.O. Box 660244  Dallas, TX 75266-0244 | | | | | | $42.08 |
| Pilot Flying J  P.O. Box 11407  Birmingham, AL 35246-1314 | | | | | | $12,000.00 |
| River Link  P.O. Box 16799  Austin, TX 78761-6799 | | | | | | $72.30 |
| Southern Tire Mart  800 Hwy 98  Columbia, MS 39429 | | | | | | $20,887.13 |
| Transafe, LLC  P.O. Box 752  Laurel, MS 39441 | | | | | | $1,960.00 |