Form dn014 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**    Alexander Seawright Transportation, LLC    **Case No.:** 19–00217–NPO
**Chapter** 11

**To:**    Craig M. Geno, Esq.
587 Highland Colony Pkwy
Ridgeland, MS 39157

## Notice of Deficiency

**Notice is hereby given** that upon review of the list of creditors (mailing matrix) and schedules (Dkt. # 14,65), the following deficiency(ies) were found and require immediate action:

- ☑ One or more creditors are listed in the schedules, but not listed on the list of creditors (mailing matrix).
- ☐ Creditor(s) listed on the list of creditors (mailing matrix) without an address.
- ☐ Amended list of creditors (mailing matrix) has additional creditors (or creditor information) not provided on the original mailing matrix.
- ☐

**Therefore**, you must:

- ☑ File an Amended List of Creditors (mailing matrix):
  - ☑ Adding the creditor(s) listed in the schedules, but not provided on the list of creditors (mailing matrix).
  - ☐ Adding the complete address for the creditor listed with missing information.
- ☑ Pay the required $31.00 filing fee.
- ☑ Notify the affected creditors that they have been added to the mailing matrix. The Clerk's office has issued the notice of the meeting of creditors under § 341, therefore, you must attach a copy of the notice and any other notice providing **significant deadlines** for which notice has already been given, such as deadlines for filing complaints to determine the dischargeability of a debt if applicable.
  - ☑ Chapter 7 – *See Local Form MSSB–A7–3, Notice of Amendment to Debtor's List of Creditors/Mailing Matrix at www.mssb.uscourts.gov.*
  - ☐ Chapter 13 – *See Local Form MSSB–A13–2, Notice of Amendment to Debtor's List of Creditors/Mailing Matrix at www.mssb.uscourts.gov.*
- ☑ File a Notice of Amendment and Certificate of Service (local form) upon completion of service.

**You are further notified** that failure to correct the above deficiency, on or before **March 7, 2019**, may result in a show cause hearing why sanctions should not be imposed for failure to comply with Miss. Bankr. L. R. 1009–1.

Dated: February 21, 2019    Danny L. Miller, Clerk of Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225–2448
601–608–4600