## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  ALEXANDER SEAWRIGHT TRANSPORTATION, LLC. | CASE NO. 19-00217-NPO |
| DEBTOR | CHAPTER 11 |

### FIRST LIGHT PROGRAM MANAGERS'S MOTION TO LIFT THE AUTOMATIC STAY NUNC PRO TUNC TO FEBRUARY 15, 2019

First Light Program Managers, Inc. ("First Light") submits this *Motion To Lift The Automatic Stay Nunc Pro Tunc To February 15, 2019* in connection with *First Light Program Managers's Supplemental Response to Debtor's Emergency Motion for Imposition of the Automatic Stay, For Damages, Sanctions and For Contempt* (the "Supplemental Response") in support of *First Light Program Managers, Inc.'s Preliminary Response and Objection to Debtor's Emergency Motion for Imposition of the Automatic Stay and Other Relief* (the "Preliminary Response")(Dkt. # 98) in response to the *Emergency Motion for Imposition of the Automatic Stay, For Damages, Sanctions and For Contempt* (the "Motion," Dkt. # 76) filed by Alexander Seawright Transportation, LLC (the "Debtor"), on February 22, 2019. In support, First Light shows as follows:

1.     The Motion alleges that First Light violated the automatic stay as set forth in the Motion.

2.     In the Supplemental Response and the Preliminary Response, First Light denies that it violated the automatic stay.

3.     However, out of an abundance of caution, should the Court determine that the automatic stay was in effect as to the Policy Documents in issue and the Notice of

1

Cancellation in issue, First Light avers and submits that cause exists for lifting and terminating the automatic stay *nunc pro tunc* to February 15, 2019, the date the Notice of Cancellation was issued due to, among other possible things, the Debtor's bad faith in its procurement of the Policy documents and the unmistakable misrepresentation by the Debtor of it not having filed for or contemplated bankruptcy prior to procuring the Policy Documents.

**WHEREFORE**, First Light moves the Court to enter an Order lifting, terminating, and/or annulling the automatic stay *nunc pro tunc* to February 15, 2019 with respect to the Policy Documents and the Notice of Cancellation in issue. First Light further prays for general relief.

**THIS** the 1st day of March, 2019.

Respectfully submitted,

**FIRST LIGHT PROGRAM MANAGERS, INC.**

By:   /s/ William H. Leech
         William H. Leech, MSB No. 1175
         Sarah Beth Wilson, MSB No. 103650
         Christopher H. Meredith, MSB No. 103656
         Shauncey G. Hunter, MSB No. 105189
         *Its Attorneys*

OF COUNSEL:
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158

Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served via electronic mail a true and correct copy of the above and foregoing to:

>   Craig M. Geno
>   cmgeno@cmgenolaw.com
>   *Attorney for the Debtor*
>
>   Ronald H. McAlpin, Esq.
>   Ronald.mcalpin@usdoj.gov
>   *Attorney for the United States Trustee*

**THIS** the 1st day of March, 2019.

>                           /s/ William H. Leech
>                           *Of Counsel*

3