**United States Bankruptcy Court**
Southern District of Mississippi

In re    **Alexander Seawright Transportation, LLC**                Case No.    **19-00217-NPO**
                                                                  Debtor(s)               Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     3/6/19

                                                     **Jon Seawright/Manager**
                                                    Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

AMENDED MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 19-00217-NPO<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Thu Feb 21 10:40:08 CST 2019 | Alexander Seawright Transportation, LLC<br>4247 Crane Blvd<br>Jackson, MS 39216-3408 | Neil Hayles d/b/a Hayles Towing Company<br>Eaves Law Firm<br>101 North State Street<br>Jackson, MS 39201-2894 |
| PREMCO FINANCIAL CORPORATION, INC.<br>c/o Chad J. Hammons, Esq.<br>JONES WALKER LLP<br>Post Office Box 427<br>Jackson, MS 39205-0427 | U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | Alexander Seawright, LLC<br>4247 Crane Blvd<br>Jackson, MS 39216-3408 |
| AllState Northbrook Indemnity Co.<br>c/o Greg Lucett, Esq.<br>330 North Brand Blvd, Suite 900<br>Glendale, CA 91203-2340 | American Express<br>c/o Nationwide Credit<br>P.O. Box 14581<br>Des Moines, IA 50306-3581 | BMO Transportation Finance<br>P.O. Box 71951<br>Chicago, IL 60694-1951 |
| BankPlus<br>385A Highland Colony Parkway<br>Suite 110<br>Ridgeland, MS 39157-6040 | Blue Cross Blue Shield<br>3545 Lakeland Drive<br>Jackson, MS 39232-9799 | Chad J. Hammons<br>for Premco Financial Corporation, Inc.<br>PO Box 427<br>Jackson, MS 39205-0427 |
| Charlene M. Williams<br>for Neil Hayles dba Hayles Towing Comp<br>101 North State Street<br>Jackson, MS 39201-2811 | City of Moreno Valley<br>c/o Citation Processing Ctr<br>P.O. Box 10479<br>Newport Beach, CA 92658-0479 | Equilease, LLC<br>4755 Old Canton Road<br>Jackson, MS 39211-5529 |
| ExpressToll<br>P.O. Box 5470<br>Denver, CO 80217-5470 | Ford Motor Credit<br>P.O. Box 790093<br>St. Louis, MO 63179-0093 | GPS Insight<br>7201 E. Henkel Way #400<br>Scottsdale, AZ 85255-9678 |
| Great American Towing<br>5530 Boscell Comm<br>Fremont, CA 94538-3143 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |
| Jon Seawright<br>4247 Crane Blvd.<br>Jackson, MS 39216-3408 | Kabbage, Inc.<br>c/o Credit Control<br>5757 Phantom Drive, Suite 330<br>Hazelwood, MO 63042-2429 | Lott Fuller<br>944 Highway 52<br>Suite 2<br>Madison, MS 39110 |
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | NASTC<br>2054 Nashville Pike<br>Gallatin, TN 37066-3161 |
| North Texas Tollway Authority<br>P.O. Box 660244<br>Dallas, TX 75266-0244 | Old River Companies<br>139 Old Hwy 49S<br>Richland, MS 39218-9487 | Pilot Flying J<br>P.O. Box 11407<br>Birmingham, AL 35246-1314 |

```
Pilot Travel Centers LLC              Premco Financial                      River Link
Attn: Amber Peters                    P.O. Box 19367                        P.O. Box 16799
5508 Lonas Drive                      Kalamazoo, MI 49019-0367              Austin, TX 78761-6799
Knoxville, TN 37909-3221


Southern States Utility               Southern Tire Mart, LLC               Transafe, LLC
550 US 49                             800 Highway 98                        P.O. Box 752
Richland, MS 39218-9486               Columbia, MS 39429-8255               Laurel, MS 39441-0752


U.S. Securities and Exchange Commission    U.S. Securities and Exchange Commission    United States Trustee
Office of Reorganization                   c/o United States Attorney                 501 East Court Street
950 East Paces Ferry Road, Suite 900       501 E. Court Street, Ste. 4.430            Suite 6-430
Atlanta, GA 30326-1382                     Jackson, MS 39201-5025                     Jackson, MS 39201-5022


Wabash                                Craig M. Geno
655 Business Center Drive             Law Offices of Craig M. Geno, PLLC
Suite 250                             587 Highland Colony Pkwy.
Horsham, PA 19044-3448                Ridgeland, MS 39157-8784
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service              MS State Tax Commission
PO Box 21126                          Bankruptcy Section
Philadelphia, PA 19114                PO Box 23338
                                      Jackson, MS 39225
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Equilease LLC                      (u)Hayles Towing & Recovery           (u)Southern States Utility Trailer Sales, Inc
```

```
End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43
```

*****

Coast Counties Truck & Equipment
Co.
d/b/a Coast Counties Peterbilt
P.O. Box 757
San Jose, CA 95106