IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   ALEXANDER SEAWRIGHT TRANSPORTATION, LLC   CHAPTER 11
Debtor                                                                       CASE NO. 19-00217-NPO

## NOTICE TO EACH ADDED CREDITOR & U. S. TRUSTEE

TO:   Coast Counties Truck & Equipment Co.        Christopher J. Steiskal
      d/b/a Coast Counties Peterbilt              Office of the United States Trustee
      P.O. Box 757                                 christopher.j.steiskal@usdoj.gov
      San Jose, CA 95106

**YOU ARE HEREBY NOTIFIED** that the Debtor herein has filed with the Bankruptcy Court an Amended Matrix to add you as a possible creditor in the above bankruptcy case.

Within twenty one (21) days of the date of this notice, the added creditor has the right to request of the U.S. Trustee, United States Courthouse, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201, an *adjourned* § 341(a) creditors' meeting (see copy of original meeting notice enclosed) if the added creditor wishes to examine the debtor under oath.

**YOU ARE FURTHER NOTIFIED** that you have until April 29, 2019 to file with the U. S. Bankruptcy Court a complaint to determine the dischargeability of a debt under § 523(c) of the Bankruptcy Code, a complaint objecting to discharge under § 1141(d)(3) of the Bankruptcy Code or a motion to seek an extension of time for filing a complaint or a motion objecting to discharge.

**YOU ARE FURTHER NOTIFIED** that any added creditor is given thirty (30) days from the conclusion of the meeting of creditors or thirty (30) days from the date of this notice, whichever is later, to file with the United States Bankruptcy Court an objection to the list of property claimed as exempt.

**YOU ARE FURTHER NOTIFIED** that any added creditor has the right to file a proof of claim by the bar date indicated on the attached § 341 meeting notice or 30 days from the date of mailing of this notice, whichever is later. A proof of claim may be obtained at www.mssb.uscourts.gov or any bankruptcy clerk's office.

The address of the United States Bankruptcy Court may be found on the attached *Notice of Chapter 11 Bankruptcy Case*.

This, the 7th day of March, 2019.

        Respectfully submitted,

        ALEXANDER SEAWRIGHT TRANSPORTATION, LLC

        By Its Attorneys,

        LAW OFFICES OF CRAIG M. GENO, PLLC


        By:*/s/ Craig M. Geno*
            Craig M. Geno


OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Alexander Seawright Trans\Matrix\Amended Matrix\Notice to Each Added Creditor 2-21-19.wpd


## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

Christopher J. Steiskal
Office of the United States Trustee
christopher.j.steiskal@usdoj.gov

This, the 7th day of March, 2019.


        */s/ Craig M. Geno*
        Craig M. Geno

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Alexander Seawright Transportation, LLC**<br>Name | EIN | **47-2037114** |
| United States Bankruptcy Court of the Southern District of Mississippi<br>Case number: **19-00217-NPO** | | Date case filed for chapter **11** | **1/18/19** |

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| 1. Debtor's full name | Alexander Seawright Transportation, LLC | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 4247 Crane Blvd<br>Jackson, MS 39216 | |
| 4. Debtor's attorney<br>Name and address | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Pkwy.<br>Ridgeland, MS 39157 | Contact phone 601 427-0048 |
| 5. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>Contact phone: 601-608-4600<br><br>Date: 1/23/19 |
| 6. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.<br><br>Debtor's representative must provide original picture identification to the trustee at the meeting. | February 27, 2019 at 10:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Thad Cochran United States Courthouse, 501 East Court Street, Suite 1.452, Jackson, MS 39201** |

For more information, see page 2 >

Official Form 309F (For Corporations or Partnerships)   Notice of Chapter 11 Bankruptcy Case (12/17)   page 1

Debtor  **Alexander Seawright Transportation, LLC**                                              Case number **19-00217-NPO**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** (except for governmental agencies)   **5/20/19**<br>**Deadline for governmental units to file a proof of claim:   7/17/19**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: 4/29/19** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |