_____

SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: March 15, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **ALEXANDER SEAWRIGHT TRANSPORTATION, LLC,** | **CASE NO: 19-00217-NPO** |
| **DEBTOR.** | **CHAPTER 11** |

Alexander Seawright Transportation, LLC, Debtor
Craig M. Geno, Esq., Counsel for the Debtor

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on April 4, 2019, at 10:00 a.m. in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom, Room 4C, 501 East Court Street, Jackson, Mississippi, to show cause why the above-styled case should not be dismissed for failure to comply with the Court's Notice of Deficiency (the "Notice") (Dkt. #67) issued on February 21, 2019.

If you do not want the Court to dismiss your case based on your failure to comply with the Notice, or if you want the Court to consider your views on why your case should not be dismissed, you or your attorney must file a written response explaining your position so that the Court receives it on or before March 29, 2019. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should mail any written response to the Court for filing at the Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, Mississippi, 39201. If you file a response, you or your attorney are required to attend the hearing scheduled to be held on April 4, 2019. The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the dismissal of your case. If no written response is filed and you fail to comply with the Notice before March 29, 2019, the Court may enter an order dismissing the case before the hearing date.

##END OF ORDER##