UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ALEXANDER SEAWRIGHT TRANSPORTATION, LLC.

CASE NO. 19-00217-NPO

DEBTOR

CHAPTER 11

### ORDER ON FIRST LIGHT PROGRAM MANAGERS' MOTION TO LIFT THE AUTOMATIC STAY NUNC PRO TUNC [DKT. #111]

This matter came before the Court on the *Motion to Lift the Automatic Stay* Nunc Pro Tunc *to February 15, 2019* (Dkt. #111, the "Motion") filed herein by First Light Program Managers, Inc. ("First Light") on March 1, 2019, in connection with which any responses or objections were required to be filed no later than March 15, 2019.[1] The Court, having considered the Motion and being advised in the premises, and being advised no response or objection to the Motion was filed, finds that the Motion is well-taken and that it shall be, and hereby is, granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED**:

A. that the automatic stay of 11 U.S.C. § 362, to the extent same was in effect as to the Policy Documents in issue and Notice of Cancellation in issue, shall be and it

---

[1] *Notice of Hearing and Deadlines,* Dkt. #115 (March 4, 2019).

B. hereby is terminated, annulled, modified and/or conditioned *nunc pro tunc* to February 15, 2019, the date the Notice of Cancellation was issued, as to First Light and with respect to the Policy Documents in issue and Notice of Cancellation in issue;

C. that the fourteen (14) day stay of execution of Fed. R. Bankr. P. 4001(a)(3) shall be, and that it hereby is, waived;

D. that the Motion was sufficient to constitute reasonable notice of the relief requested in the Motion and the opportunity to be heard on same;

E. that the procedures described in paragraphs (1), (2), and (3) of Federal Rule of Bankruptcy Procedure 4001(d) do not apply and this Order shall immediately become final and effective upon entry;

F. that the relief granted to First Light herein shall be applicable to any subsequent case filed by or against the Debtor under the Bankruptcy Code or upon the conversion of this case to any other Chapter under the Bankruptcy Code, and shall be binding upon any successor trustees of the Debtor or its estate; and

G. that this Order is a final judgment as contemplated by the applicable Federal Rules of Bankruptcy Procedure and other applicable rules and law.

###END OF ORDER###

SUBMITTED TO THE COURT BY:

/s/ William H. Leech
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Shauncey G. Hunter, MSB No. 105189
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip – 39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com
*Attorneys for First Light Program Managers, Inc.*