Form hn001npo (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Alexander Seawright Transportation, LLC**

**CASE NO. 19–00217–NPO**

**DEBTOR.**

**CHAPTER 11**

### NOTICE OF HEARING

First Light Program Managers, Inc. has filed a Proposed Order on the Motion to Lift the Automatic Stay Nunc Pro Tunc (the "Proposed Order") (Dkt. #147) with the Court in the above−styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") March 19, 2019, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Proposed Order .

If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

Dated: 3/18/19

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225−2448
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

Alexander Seawright Transportation, LLC, Debtor in Possession

Craig M. Geno, Counsel for Debtor in Possession

United States Trustee

William H. Leech, Esq.

Christopher J. Steiskal, Sr., Esq.