IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ALEXANDER SEAWRIGHT　　　　　　　　　　　　　　CHAPTER 11
　　　　　TRANSPORTATION, LLC, Debtor　　　　　　　　　CASE NO.: 19-00217-NPO

## MOTION TO CONTINUE HEARING

COMES NOW, Hayles Towing & Recovery ("Hayles") and files this its Motion to Continue Hearing, and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1.　Alexander Seawright Transportation, LLC's ("Debtor's") Amended Motion for Contempt, Sanctions and for Other Relief (Dkt #136) and the Hayles Response (Dkt #166) is set for hearing on April 4, 2019 at 10:00 a.m.

2.　Subsequent to the filing of Debtor's motion, a filing in this case is pending that could result in conversion or dismissal of this chapter 11 case (Dkt #161). The hearing on that motion is set for April 23, 2019 at 1:30 p.m.

3.　In light of the current state of the pleadings, claims and responses, with respect to the Amended Motion for Contempt and the response thereto, Hayles moves the Court for an order continuing the Amended Motion and response hearing until such time as the Motion for Conversion or Dismissal can be heard. Depending on the Court's ruling in connection with the Motion for Conversion or Dismissal, it could render the Amended Motion and response hearing moot.

4.　Hayles has no objection to setting the Amended Motion for April 23, 2019 at 1:30 p.m. when the Conversion/Dismissal matter is set for hearing.

5.　Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Hayles Towing & Recovery respectfully prays that upon a hearing hereof this Honorable Court will enter its order granting the Motion to Continue the hearing on the Amended Motion and response thereto presently set for April 4, 2019, at 10:00 a.m.  Hayles prays for general relief.

This, the 3rd day of April, 2019.

                                          Respectfully submitted,

                                          EAVES LAW FIRM, LLC

                                          By:  */s/ Charlene M. Williams*
                                                Charlene M. Williams

Charlene M. Williams (MSB #102407)
EAVES LAW FIRM, LLC
101 North State Street
Jackson, MS 39201
Phone:  601-355-7961
Email:  char@eaveslawmail.com

## CERTIFICATE OF SERVICE

I, Charlene M. Williams, certify that the foregoing Notice was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated:  April 3, 2019

                                          */s/ Charlene M. Williams*
                                          Charlene M. Williams